Robert J. McKennon (SBN 123176)
Email: rm@mckennonlawgroup.com
Nicholas A. West (SBN 309003)
Email: nw@mckennonlawgroup.com
MCKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, CA  92660
Tel:  949.387.9595     Fax:  949.385.5165

Attorneys for Plaintiff Tammy Wagner

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600     Fax:  213.236.2700

Attorneys for Defendant
Life Insurance Company of North America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TAMMY WAGNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01099 DOC (JDEx)<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT:

The Parties, Plaintiff Tammy Wagner and Defendant Life Insurance Company of North America, through their respective counsel of record, hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice as to all parties.  Each party shall bear their own attorneys' fees and costs.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4867-7102-5416 v1                           - 1 -                    CASE NO. 8:21-cv-01099 DOC (JDEx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

1  The Parties hereby request that all case management deadlines in this action
2  be vacated.
3  IT IS SO STIPULATED.

Dated:  December 30, 2021          MCKENNON LAW GROUP PC

By: */s/ Robert J. McKennon*
   Robert J. McKennon
   Nicholas A. West
   Attorneys for Plaintiff Tammy Wagner

Dated:  December 30, 2021          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Keiko J. Kojima*
   Daniel W. Maguire
   Keiko J. Kojima
   Attorneys for Defendant
   Life Insurance Company of North America

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Robert J. McKennon, counsel for Plaintiff Tammy Wagner, and that I have obtained Mr. McKennon's authorization to affix his electronic signature to this document.

By: */s/ Keiko J. Kojima*
   Daniel W. Maguire
   Keiko J. Kojima
   Attorneys for Defendant
   Life Insurance Company of North America

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4867-7102-5416 v1                - 2 -                CASE NO. 8:21-cv-01099 DOC (JDEx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE