JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TAMMY WAGNER,<br><br>   Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>   Defendant. | Case No. 8:21-cv-01099 DOC (JDEx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs. All case management deadlines are vacated.

IT IS SO ORDERED.

Dated: January 3, 2022

*David O. Carter*
Honorable David O. Carter
United States District Judge

- 1 -